**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRYAN CHAVEZ, | ) | Case No. 1:26-cv-481 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Reuben J. Sheperd |
| TD BANK USA, N.A., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| . | ) | |
| | ) | |
| | ) | |
| | ) | |

**OPINION AND ORDER**

On April 6, 2026, Plaintiff Bryan Chavez moved to dismiss Defendant Capital One Bank USA with prejudice, pursuant to Rule 21 of the Federal Rules of Civil Procedure.  (ECF No. 22.)  On April 15, 2026, Plaintiff moved to dismiss Defendant TD Bank USA, N.A. with prejudice under the same rule.  (ECF No. 25.)  In this same manner, Plaintiff moved to dismiss Defendant LVNV Funding, LLC on April 22, 2026 (ECF No. 28), Defendant Wells Fargo Bank, N.A. on May 4, 2026 (ECF No. 30), Defendant Experian Information Solutions on May 8, 2026 (ECF No. 31), Defendant Synchrony Bank on May 18, 2026 (ECF No. 35), Defendant DigniFi Tech, Inc. on May 26, 2026 (ECF No. 36), and Defendant Jefferson Capital Systems, LLC on June 8, 2026 (ECF No. 37).  On July 2, 2026, Plaintiff filed a notice of dismissal with prejudice of Defendant Equifax Information Services, LLC pursuant to Rule 41(a)(1)(A)(i). (ECF No. 38.)  In the cases of Defendants DigniFi Tech, Inc., Experian Information

Solutions, Inc., Equifax Information Services, LLC, and Jefferson Capital Systems, LLC, Plaintiff filed notices of settlement before each filing for voluntary dismissal. (ECF No. 20; ECF No. 21; ECF No. 29; ECF No. 34.)

Rule 21 provides that the Court may at any time, on just terms, add or drop a party.  Fed. R. Civ. P. 21.  Unless the parties agree otherwise, the Court generally drops a party under Rule 21 without prejudice.  *See Michaels Bldg. Co. v. Ameritrust Co. N.A.*, 848 F.2d 674, 682 (6th Cir. 1988).  Here, Plaintiff moves to dismiss Defendants Capital One Bank USA, TD Bank USA, N.A., LVNV Funding, LLC, Wells Fargo Bank, N.A., Experian Information Solutions, Synchrony Bank, DigniFi Tech, Inc., and Jefferson Capital Systems, LLC with prejudice.  (ECF No. 22; ECF No. 25; ECF No. 28; ECF No. 30; ECF No. 31; ECF No. 35; ECF No. 36; ECF No. 37.) Dismissal of a party under Rule 21 is committed to the sound discretion of the district court.  *Hiller v. HSBC Fin. Corp.*, 589 F. App'x 320, 321 (6th Cir. 2015) (per curiam) (citing *Sutherland v. Michigan Dep't of Treasury*, 344 F.3d 603, 612 (6th Cir. 2003)).

Based on the Court's review of the record, and the failure of any party to object, the Court sees no reason not to dismiss Defendants Capital One Bank USA, TD Bank USA, N.A., LVNV Funding, LLC, Wells Fargo Bank, N.A., Experian Information Solutions, Synchrony Bank, DigniFi Tech, Inc., and Jefferson Capital Systems, LLC with prejudice.

Following Plaintiff's Rule 21 motions, he filed a notice of dismissal with prejudice of the ninth and final defendant, Equifax Information Services LLC, under

Rule 41(a)(1)(A)(i).  (ECF No. 38.)  Because Equifax Information Services did not file an answer, the notice of dismissal is self-executing.

For these reasons, the Court **GRANTS** the motions to dismiss and **DISMISSES** Defendants Capital One Bank USA, TD Bank USA, N.A., LVNV Funding, LLC, Wells Fargo Bank, N.A., Experian Information Solutions, Synchrony Bank, DigniFi Tech, Inc., and Jefferson Capital Systems, LLC **WITH PREJUDICE** (ECF No. 22; ECF No. 25; ECF No. 28; ECF No. 30; ECF No. 31; ECF No. 35; ECF No. 36; ECF No. 37), and closes this case.

**SO ORDERED.**

Dated:  July 7, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio